**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**LANDMARK AMERICAN INSURANCE
COMPANY**                                                                                                    **PLAINTIFF**

v.                                   Case No. 4:18-cv-00239-KGB

**DOMTAR A.W. LLC;
STEPHEN L. LINDSEY; and
POWER SPECIALISTS ASSOCIATION, INC.**                                        **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Landmark American Insurance Company's ("Landmark") motion to dismiss defendant Power Specialists Association, Inc. ("Power Specialists") pursuant to stipulation (Dkt. No. 8). In its motion, Landmark requests that the Court dismiss without prejudice its cause of action against separate defendant Power Specialists pursuant to the stipulation attached as Exhibit A to Landmark's motion (*Id.*, Ex. A). For good cause shown, and based upon Power Specialists' agreement to be bound by the ruling of the Court in this action as set forth in the parties' stipulation, the Court grants the motion (Dkt. No. 8). Power Specialists is hereby dismissed without prejudice as a defendant from this action. Because separate defendant/cross-plaintiff Domtar A.W., LLC filed a cross-claim against Power Specialists, the Court does not dismiss Power Specialists as a cross-defendant in this case (Dkt. Nos. 13, 21).

So ordered this the 3rd day of January, 2019.

_____
Kristine G. Baker
United States District Judge