IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | |
|---|---|
| LANDMARK AMERICAN INSURANCE COMPANY | PLAINTIFF |
| V. NO. 4:18-CV-00239-KGB | |
| DOMTAR A.W., LLC, AND STEPHEN L. LINDSAY | DEFENDANTS |
| DOMTAR A.W. LLC | CROSS-PLAINTIFF |
| V. | |
| POWER SPECIALISTS ASSOC., INC. | CROSS-DEFENDANT |

## STIPULATION OF DISMISSAL OF CROSS-CLAIM WITHOUT PREJUDICE

COME NOW the Cross-Plaintiff, Domtar A.W. LLC ("Domtar"), and Cross-Defendant, Power Specialists Association, Inc. ("Power Specialists"), by and through their respective counsel, and herein move the Court for an Order dismissing the Cross-Claim against Power Specialists without prejudice and without assessment of costs, stating:

1.  That the Court dismissed without prejudice Landmark American Insurance Company's Complaint for Declaratory Judgment against Domtar, Stephen L. Lindsay and Power Specialists by Order entered herein on May 31, 2019 [Dkt. No. 33];

2.  That the parties' Stipulation of Dismissal [Dkt. No. 32] did not include a dismissal of Domtar's Cross-Claim against Power Specialists, and, therefore, Domtar and Power Specialists herein move the Court for an order dismissing the Cross-Claim [Dkt. No. 13] without prejudice;

WHEREFORE, Cross-Plaintiff, Domtar A.W. LLC, and Cross-Defendant, Power Specialists Association, Inc., pray that the Court enter an appropriate Order in the above-styled

action dismissing the Cross-Claim against Power Specialists Assoc., Inc. without prejudice and without the assessment of costs to any party, and for all other just and proper relief to which they may be entitled.

Respectfully submitted,

Barber Law Firm PLLC
425 West Capitol Avenue, Suite 3400
Little Rock, Arkansas 72201-3483
501-372-6175; Fax: 375-2802
ccunningham@barberlawfirm.com
J. Cotten Cunningham, AR BIN 97238
estallings@barberlawfirm.com
M. Evan Stallings, AR BIN 2013157
*Attorneys for Domtar A.W. LLC*

and

Kutak Rock LLP
124 West Capitol Avenue, Suite 2000
Little Rock, Arkansas 72201
501-975-3000; Fax: 501-975-3001
jess.askew@kutakrock.com
Jess Askew III, AR BIN 86005
frederick.davis@kutakrock.com
Frederick H. Davis, AR BIN 2012271
*Attorneys for Power Specialists Associates, Inc.*
